# UNITED STATES DISTRICT COURT, FOR THE MIDDLE DISTRICT, EASTERN DIVISION. AT; MONTGOMERY, ALABAMA

RECEIVED

2007 NOV 16  A 10: 39

DEBRA P. HACKETT CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**GENE COGGINS, PRO st**
**1436 COUNTY RD. #299**
**LANETT, AL 36863**
      **Plaintiff**

V:

CRIMINAL ACTION NO. 3:07 CV 1010-MHT

MIKE COGGINS and
DIANNE HARRELSON
10 PAXTON DRIVE
TALLASSEE AL 36078
      Defendants

## COMPLAINT FOR CRIMINAL CHARGES OF GRAND LARCENY AND FRAUD AGAINST MIKE COGGINS AND DIANNE HARRELSON. CREATING A CONSTITUTIONAL VIOLATION, IN THE PROTECTION OF ONE'S PERSONAL PROPERTY

COMES NOW THE PLAINTIFF, GENE COGGINS WITH THIS COMPLAINT FOR CRIMINAL ACTION AGAINST THE ABOVE DEFENDANTS  MIKE COGGINS AND DIANNE HARRELSON.

**CAUSE OF ACTION:**

1.    THE CHARGES OF GRAND LARCENY CAME ABOUT FROM CARRYING AWAY THE PERSONAL PROPERTY OF ANOTHER TO A VALUE IN EXCESS OF OVER $10,000.00, WITH THE INTENT TO FELONIOUSLY DEPRIVE THE OWNER OF IT PERMANENTLY.        FELONIOUS STEALING, TAKING AWAY ANOTHER'S PERSONAL

**01.**

PROPERTY WITHOUT THE CONSENT AND AGAINST THE WILL OF THE OWNER OF

SUCH PROPERTY.    U.S. V: JOHNSON 140 U. S.. App D. C.  54 433, F 2d, 1160, 1163..

People V: Goodchild 68 Mic.  App 226, 242, N. W.  2d, 465468    Model penal code s/s 223.4

2.      THE CAUSE OF ACTION FOR FRAUD INCLUDES FALSE REPRESENTATION OF

A PRESENT OR PAST FACTS MADE BY THE DEFENDANT, ACTION IN RELIANCE

THEREUPON BY PLAINTIFF AND DAMAGE RESULTING TO PLAINTIFF FROM SUCH

MISREPRESENTATION.    Citizen's Standard Life Ins. Co.  V: Gilley Tex.  Civ. App.  521, S.

W.  2d, 354, 356

3.      THE CONSTITUTIONAL RIGHT VIOLATION CAME ABOUT FROM THE

DESTRUCTION AND REMOVAL OF PRIVATE PROPERTY, UNRESTRICTED TO THE

OWNERSHIP AND AGGREGATE OF CERTAIN RIGHTS WHICH ARE GUARANTEED BY

THE UNITED STATES GOVERNMENT    Fulton Light Heat & Power Co.  V: State 65 Mis.

Rep. 263, 121, N. Y. S.  536.. THE EXCLUSIVE RIGHT OF POSSESSING, ENJOYING, OR

DISPOSING OF BELONGS ONLY TO THE LAND HOLDER, AND NOT THE INVASION OF

ONE'S PRIVATE RIGHTS BY ANOTHER.

THE RIGHT WHICH A PARTY HAS TO INSTITUTE A JUDICIAL PROCEEDINGS,

THE LEGAL EFFECT OF AN OCCURRENCE IN TERMS OF REDRESS TO A PARTY TO

THE OCCURRENCE OF A SITUATION OR STATE OF FACTS WHICH WOULD ENTITLE

A PARTY TO SUSTAIN LEGAL ACTION AND GIVES HIM RIGHT TO DEMAND A

JUDICIAL REMEDY INN HIS BEHALF.  Thompson V: Zurich Ins. Co.  D. C.  Minn. 309 F.

Supp. 1178, 1181..

THE GUARANTEED RIGHT FOR ALL ISSUES BETWEEN THE PARTIES

02.

PROPERTY WITHOUT THE CONSENT AND AGAINST THE WILL OF THE OWNER OF

SUCH PROPERTY.    U.S.  V: JOHNSON 140 U. S.. App D. C.  54 433, F 2d, 1160, 1163..

People V: Goodchild 68 Mic.  App 226, 242, N. W.  2d, 465468    Model penal code s/s 223.4

2.    THE CAUSE OF ACTION FOR FRAUD INCLUDES FALSE REPRESENTATION OF

A PRESENT OR PAST FACTS MADE BY THE DEFENDANT, ACTION IN RELIANCE

THEREUPON BY PLAINTIFF AND DAMAGE RESULTING TO PLAINTIFF FROM SUCH

MISREPRESENTATION.    Citizen's Standard Life Ins. Co.  V: Gilley Tex.  Civ. App.  521, S.

W.  2d, 354, 356

3.    THE CONSTITUTIONAL RIGHT VIOLATION CAME ABOUT FROM THE

DESTRUCTION AND REMOVAL OF PRIVATE PROPERTY, UNRESTRICTED TO THE

OWNERSHIP AND AGGREGATE OF CERTAIN RIGHTS WHICH ARE GUARANTEED BY

THE UNITED STATES GOVERNMENT    Fulton Light Heat & Power Co.  V: State 65 Mis.

Rep. 263, 121, N. Y. S.  536.. THE EXCLUSIVE RIGHT OF POSSESSING, ENJOYING, OR

DISPOSING OF BELONGS ONLY TO THE LAND HOLDER, AND NOT THE INVASION OF

ONE'S PRIVATE RIGHTS BY ANOTHER.

THE RIGHT WHICH A PARTY HAS TO INSTITUTE A JUDICIAL PROCEEDINGS,

THE LEGAL EFFECT OF AN OCCURRENCE IN TERMS OF REDRESS TO A PARRTY TO

THE OCCURRENCE OF A SITUATION OR STATE OF FACTS WHICH WOULD ENTITLE

A PARTY TO SUSTAIN LEGAL ACTION AND GIVES HIM RIGHT TO DEMAND A

JUDICIAL REMEDY INN HIS BEHALF.  Thompson V: Zurich Ins. Co.  D. C.  Minn. 309 F.

Supp. 1178, 1181..

THE GUARANTEED RIGHT FOR ALL ISSUES BETWEEN THE PARTIES

03.

WHETHER ISSUES OF LAW OR FACTS EITHER CIVIL OR CRIMINAL, MUST BE

SETTLED WITH BOTH PARTIES REPRESENTED. Fed R. Civil P. 38 (a), 48, 59, Fed R.

Crim. P. 23 - 33.    THESE ESTABLISHED GUARANTEED DUE PROCESS OF LAW AS

GIVEN IN THE UNITED STATES CONSTITUTION, WERE OT MADE TO BE DENIED OR

DESTROYED BY BIAS JUDGES THAT EXCEED THEIR JOB REQUIREMENTS. U. S. V:

Smith, 249, App. Supp. 515, 516.

**JURISDICTION:**

THE UNITED STATES CONSTITUTION SET UP DISTRICT COURTS FOR LOCAL

CASES TO BE HEARD IN THE PROPER JURISDICTION, AND FEDERAL DISTRICT

COURTS FOR CONSTITUTIONAL RIGHTS AND FEDERAL QUESTIONS AS GIVEN IN

RULE 28 U. S. C. A. 81, s/s, et, Seq. TO BE PROPERLY USED FOR DIRECTIONS AND

NOT TO DENY OR BLOCK ANY GUARANTEED DUE PROCESS OF LAW, AS GIVEN IN

THE CONSTITUTION OF THE UNITED STATES.    WHEN ANY RULE OF LAW IS

COVERED IN THE GUARANTEED DUE PROCESS AS GIVEN IN THE CONSTITUTION

OF THE UNITED STATES, COVERING THE RIGHT FOR EVERY CITIZEN TO BE HEARD

AND HAVE THEIR DAY IN COURT, WHERE THIS CONCEPT OF THE DUE PROCESS OF

LAW IS EMBODIED IN THE FIFTH AMENDMENT OF THE UNITED STATES

CONSTITUTION, AND HAS PRESTIGE OVER ANY OTHER RULE OF LAW, COURT

ORDERS, OR JUDGES DECISIONS, THAT ATTEMPT TO IGNORE THESE PRE-

ESTABLISHED LAWS AND PRE - JUDGE A CASE BEFORE BOTH PARTIES HAVE

COMPLIED TO THE COMPLAINT..

**04.**

**JUDGMENT:**

1.  SENTENCED ACCORDING TO THE ESTABLISHED LAWS GOVERNING THIS

    ACTION,

2.  A FINE FOR DAMAGES, TRESPASSING, AND HARASSMENT, OF $250,000.00,

3.  TRIPLE FOR EVERY DELAY OVER THIRTY DAYS, OR ANY APPEAL.

**CONCLUSION:**

THE RIGHT FOR EVERY CITIZEN TO HAVE AND OWN PROPERTY, WITH THE

GUARANTEED RIGHT TO BEAR ARMS AND DEFEND HIS PROPERTY IS

GUARANTEED UNDER THE CONSTITUTION OF THE UNITED STATES.    ALL OF THES

RIGHTS HAVE BEEN DENIED OR DESTROYED;    THEREFORE THIS COURT MUST

ACT FAIRLY AND RESPONSIBLE TO CORRECT THIS INJUSTICE.


GENE COGGINS

# CERTIFICATE OF SERVICE

I, HEREBY CERTIFY THAT UPON THIS DATE, I HAVE PLACED IN

THE UNITED STATES MAIL WITH PROPER POSTAGE AND SENT TO LAST

KNOWN ADDRESS OF DEFENDANTS, A COPY OF THIS FOREGOING

ACTION, OR COUNSEL, OF RECORDS AND IN COMPLIANCE WITH

FEDERAL RULE 30 (g), C. P. OF COURT..

DONE THIS  15  DAY OF NOVEMBER  , 2007

GENE COGGINS

Cc:
MIKE COGGINS
PAXTON DR.
TALLASSEE, AL 36078


DIANNE COGGINS
10 PAXTON DR.
TALLASSEE, AL 36078