IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| GENE COGGINS, etc., ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 3:07cv1010-MHT |
| ) | |
| MIKE COGGINS and ) | |
| DIANNE HARRELSON, etc., ) | |
| ) | |
|    Defendants. ) | |

ORDER

For good cause shown, it is ORDERED that, pursuant to 28 U.S.C.A. § 636, this case is referred to the United States Magistrate Judge for consideration and disposition or recommendation on all pretrial matters as may be appropriate.

DONE, this the 27th day of November, 2007.

        /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE