## UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

**DEBRA P. HACKETT**                        **TELEPHONE**
   CLERK                                              (334) 954-3610

**January 3, 2008**

Mr. Thomas K. Kahn, Clerk                 USDC No. CV-07-T-01010-E
United States Court of Appeals, Eleventh Circuit
56 Forsyth Street, NW                          USCA No. _____
Atlanta, GA  30303

         IN RE: GENE COGGINS V. MIKE COGGINS, ET AL.

---

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

  **X**  Certified copy of Notice of Appeal, docket entries. Judgment and Opinion/Order appealed from enclosed. If Opinion/Order was oral, please check box. [ ]

  **X**  First Notice of Appeal:   **X**  Yes,  ____ No   Date(s) of Other Notices: _____

Was there a hearing from which a transcript could be made:
  ____ Yes, The Court Reporter(s) is/are:
  ____ No          Date of Hearing(s): _____

THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.): _____
  ____ IFP ___ ; and/or APPEALABILITY/CPC is pending in this Court.
  ____ Court Appointed Counsel/CJA;  ____ Yes;  ____ No;  Copy of Order Enclosed:
  ____ The Appellate docket fee has been paid; ____ Yes, ____ No: _____ Date , Receipt# _____
  ____ Appellant has been ____ GRANTED;  ____ DENIED IFP, Copy of Order enclosed.
  ____ Appellant has been ____ GRANTED;  ____ DENIED CPC/APPEALABILITY, Copy of Order enclosed.
  ____ Appeal Bond, _____ Supersedeas Bond
  ____ The District Judge or Magistrate Judge appealed from is Hon: MYRON H. THOMPSON
This is an appeal from a bankruptcy order; Bankruptcy Judge: _____
  ____ This is a DEATH PENALTY appeal.

---

Certified record on appeal consisting of:
                ____ Volume(s) of Pleadings, _ Volume(s) of Transcripts,
                ____ SEALED ITEMS, ie. ____ PSI(s) ____ ; OTHER ____ ; TAPE(s) _____
                ____ Exhibits: ____ Envelope
                ____ Volume (s) of Original Papers

---

                         Sincerely,

                         DEBRA P. HACKETT, CLERK

                         By: Donna M. Norfleet
                            Deputy Clerk