# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711



DEBRA P. HACKETT
CLERK

TELEPHONE
(334) 954-3610

January 3, 2008

Mr. Thomas K. Kahn, Clerk
United States Court of Appeals, Eleventh Circuit
56 Forsyth Street, NW
Atlanta, GA 30303

USDC No. CV-07-T-01010-E

USCA No. 08-10125EE

IN RE: GENE COGGINS V. MIKE COGGINS, ET AL.

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.
__X__ Certified copy of Notice of Appeal, docket entries. Judgment and Opinion/Order appealed from enclosed. If Opinion/Order was oral, please check box. [ ]
__X__ First Notice of Appeal: __X__ Yes, ____ No   Date(s) of Other Notices:_____
Was there a hearing from which a transcript could be made:
____Yes, The Court Reporter(s) is/are:
____No                          Date of Hearing(s):_____
THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):_____
____ IFP__; and/or APPEALABILITY/CPC is pending in this Court.
____Court Appointed Counsel/CJA; ____Yes; ____No; Copy of Order Enclosed:
____The Appellate docket fee has been paid;____Yes,____No:_____Date, Receipt#_____
____Appellant has been ____GRANTED;____DENIED IFP, Copy of Order enclosed.
____Appellant has been ____GRANTED;____DENIED CPC/APPEALABILITY, Copy of Order enclosed.
____Appeal Bond, _____ Supersedeas Bond
____The District Judge or Magistrate Judge appealed from is Hon: MYRON H. THOMPSON
This is an appeal from a bankruptcy order; Bankruptcy Judge: _____
____This is a DEATH PENALTY appeal.

Certified record on appeal consisting of:
   ____Volume(s) of Pleadings, _ Volume(s) of Transcripts,
   ____SEALED ITEMS, ie. ___PSI(s)____; OTHER____; TAPE(s)_____
   ____Exhibits:_____Envelope
   ____Volume (s) of Original Papers

Sincerely,

DEBRA P. HACKETT, CLERK

By: Donna M. Norfleet
   Deputy Clerk

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

January 08, 2008

**Appeal Number: 08-10125-E**
Case Style: Gene Coggins v. Dianne Harrelson
District Court Number: 07-01010 CV-E

TO: Gene Coggins

CC: Mike Coggins

CC: Debra P. Hackett

CC: Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

January 08, 2008

Gene Coggins
1436 COUNTY ROAD 299
LANETT AL 36863-5740

**Appeal Number: 08-10125-E**
Case Style: Gene Coggins v. Dianne Harrelson
District Court Number: 07-01010 CV-E

**THIS CIVIL APPEAL IS GOVERNED BY <u>MORE STRINGENT</u> PROCEDURES FOR REQUESTING EXTENSIONS OF TIME TO FILE BRIEFS AND RECORD EXCERPTS.  RULES PROVIDE FOR <u>DISMISSAL WITHOUT FURTHER NOTICE</u> WHEN A BRIEF OR RECORD EXCERPTS IS NOT FILED OR CORRECTED WITHIN THE TIME PERMITTED.  PLEASE SEE THE CIRCUIT RULES AT <u>WWW.CA11.USCOURTS.GOV</u>.**

The referenced case was docketed in this court on January 7, 2008.  Please use the appellate docket number noted above when making inquiries.  An appeal may be dismissed for failure to comply with the Federal Rules of Appellate Procedure and the rules of this court. Motions for extensions of time to file a brief are frowned upon by the court.

Pursuant to 11th Cir. R. 12-1, the record in this appeal was deemed completed and filed on the date the appeal was docketed in this court.  Eleventh Circuit Rule 31-1 requires that APPELLANT'S BRIEF AND RECORD EXCERPTS BE SERVED AND FILED WITHIN FORTY (40) DAYS FROM THE DATE THE APPEAL WAS DOCKETED IN THIS COURT.  This is the only notice you will receive concerning the due date for filing briefs and record excerpts. (In cross-appeals pursuant to Fed.R.App.P. 28(h), the party who first files a notice of appeal is the appellant unless the parties otherwise agree.)  See Fed.R.App.P. 28, 30, 31 and 32, and the corresponding circuit rules, for further information on preparing briefs and record excerpts.

In addition to providing the required number of paper copies of briefs, all parties (except pro se parties) are required, additionally, to provide briefs in electronic format as described in 11th Cir. R. 31-5 and the enclosed instructions.  Electronic briefs must be in Adobe Acrobat® PDF file format.  The electronic brief must be completely contained in one PDF file, i.e., cover page through and including the certificate of service.  The address wrapper accompanying this letter contains counsel's individual identification number (EDF ID) for electronic brief uploading.  When uploading a brief for the first time, you will be prompted to register and create a password known only by you for all future uploads.

We have not yet received the Certificate of Interested Persons and Corporate Disclosure Statement (CIP) required by FRAP 26.1 and the accompanying circuit rules.  The rules provide that the certificate must be filed by every appellant [and cross-appellant] with this court within 10 days after the appeal is docketed in this court, or along with the filing in this court by any party of any motion, petition, or pleading, whichever occurs first.  The rules further provide that on the same day a paper certificate is served, the party filing it must also complete the court's web-based certificate at the "Electronic Filing" link of the court's website, www.ca11.uscourts.gov, by electronically providing the information required for that form.  <u>Only</u> the ticker symbols for publicly traded corporations that are listed on the paper CIP must be entered in the web-based system.  If your CIP does not include any publicly traded corporations, you are required to go to

the website and simply click the button indicating that you have no publicly traded corporations to report. Pro se parties are not required or authorized to complete the web-based certificate.

You are hereby notified that the clerk is not authorized to submit to the court any brief (except for the reply brief of an appellant or cross-appellant), petition, answer, motion or response that does not contain the certificate, but may receive and retain the papers pending supplementation of the papers with the required certificate. You are also hereby notified that failure to submit the required certificate will result in your document(s) being returned unfiled which may ultimately result in dismissal of your appeal.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1, et seq. An attorney not yet properly admitted must file an appropriate application for admission within fourteen (14) days from this date. In addition, all attorneys who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days from this date. Application forms and appearance forms are available on the Internet at www.ca11.uscourts.gov. The clerk may not accept motions or other filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-5.

MEDIATION. If a Civil Appeal Statement is required to be filed, your appeal and all related matters will be considered for mediation by the Kinnard Mediation Center. The mediation services are free and the mediation process is confidential. You may confidentially request mediation by calling the Kinnard Mediation Center at 404-335-6260 (Atlanta) or 813-301-5530 (Tampa) or 305-714-1900 (Miami). See 11th Cir. R. 33-1.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Brenda Wiegmann[gp] (404) 335-6174