```
RECEIVED

2008 MAR -3  P 12: 34

 BRA P. HACKETT, CL
  U.S. DISTRICT COURT
 MIDDLE DISTRICT ALA
```

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

February 26, 2008

**Appeal Number: 08-10125-EE**
Case Style: Gene Coggins v. Mike Coggins
District Court Number:  07-01010 CV-E

TO:   Debra P. Hackett

CC:   Gene Coggins

CC:   Mike Coggins

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk



For rules and forms visit
www.ca11.uscourts.gov

RECEIVED
2008 MAR -3 P 12: 34

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

February 26, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 08-10125-EE**
Case Style: Gene Coggins v. Mike Coggins
District Court Number: 07-01010 CV-E

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4. Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when the appellant fails to timely file or correct a brief or record excerpts, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on February 20, 2008.

Counsel and pro se parties are advised that pursuant to Fed.R.App.P. 25(a)(2)(A), a motion to set aside the dismissal and remedy the default "is not timely unless the clerk receives the papers within the time fixed for filing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Brenda Wiegmann (404) 335-6174

Encl.

DIS-2CIV(03-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

RECEIVED

No. 08-10125-EE

2008 MAR -3 P 12: 34

DEBRA P. HACKETT, CL.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

FEB 2 6 2008

THOMAS K. KAHN
CLERK

GENE COGGINS,

Plaintiff-Appellant,

versus

MIKE COGGINS,
DIANNE HARRELSON,

Defendants-Appellees.

---

Appeal from the United States District Court for the

Middle District of Alabama

---

ENTRY OF DISMISSAL

Pursuant to 11th Cir.R.42-2(c), this appeal is hereby dismissed for want of prosecution because the appellant has failed to file the appellant's brief and record excerpts within the time fixed by the rules, effective this 26th day of February, 2008.

> THOMAS K. KAHN
> Clerk of the United States Court
> of Appeals for the Eleventh Circuit
>
> By:  Brenda Wiegmann
>      Deputy Clerk
>      FOR THE COURT - BY DIRECTION

A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: Brenda Wiegmann
    Deputy Clerk
    Atlanta, Georgia

ORD-40